UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH-PMF<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

*Kathy Johns, et al v. Bayer Corporation, et al*     No.   3:09-cv-20018-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissals filed on October 21, 2011 (Doc. 38) and on December 17, 2012 (Doc. 39), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
        Deputy Clerk

Dated:  December 18, 2012

APPROVED:  /s/ David R. Herndon  2012.12.18  14:59:16 -06'00'
           CHIEF JUDGE
           U. S. DISTRICT COURT